Argued October 28, affirmed December 11, 1968, United States
Supreme Court denied certiorari April 1, 1969

# WESTERN TREE FARMS, INC., *Appellant,*
## *v.* HOOD RIVER COUNTY, *Respondent.*
## Case No. P-2209
### 448 P. 2d 519

*William B. Wyllie,* Salem, argued the cause for appellant. With him on the brief were Rhoten, Rhoten & Speerstra, Salem.

*Carl R. Neil,* Portland, argued the cause for respondent. With him on the brief were Krause, Lindsay and Nahstoll, Portland, and John A. Jelderks, District Attorney, Hood River.

Before McAllister, Presiding Justice, and Sloan, O'Connell, Denecke, Holman and Mengler, Justices.

O'CONNELL, J.

This is a suit to quiet title to certain real property in Hood River county. Plaintiff appeals from a decree dismissing plaintiff's suit.

Defendant's claim to title is based upon a tax foreclosure proceeding instituted in 1926 which resulted in the execution of a sheriff's deed purporting to convey the property in question to defendant. Plaintiff contends that the tax foreclosure proceeding was void on the ground that the summons published in the tax foreclosure proceedings did not correctly describe the property in question and did not name as owner the person whose name appeared on the tax roll at that time.

Assuming, without deciding, that the summons was not sufficient to constitute notice of the foreclosure proceeding, plaintiff was barred from attacking the proceeding by the running of the statute of limitations prescribed in ORS 312.230(1). The present case is controlled by *Hood River County v. Dabney*, 246 Or 14, 423 P2d 954 (1967).

Affirmed.